# United States Bankruptcy Court
Eastern District of Louisiana

| | |
|---|---|
| JAMES PAUL TARBETT<br>8015 SPRUCE STREET<br>NEW ORLEANS LA 70118 | 21-11028<br>Chapter 13<br>Section A |

## TRUSTEE'S MEMO TO RECORD

At the continued §341 Meeting of Creditors in this case, S.J. Beaulieu, Jr., Chapter 13 Trustee, presiding, the following determinations were made:

Debtor 1   [✓]ID provided [✓]SSN verified [ ]other_____ [ ]not present
Debtor 2   [ ]ID provided [ ]SSN verified [ ]other_____ [ ]not present
Form 2016 [✓]provided [ ]not provided [ ]non-atty assistance_____
Attorney [✓]present [ ]not present SEAN REICHERT
[✓]Meeting held [ ]Meeting not held because_____
[ ]Meeting continued to _____ at _____
[ ]Motion to Dismiss, reason:_____
[✓]Plan is confirmable; 25.00% to unsecured creditors, 60 months
[✓]Trustee objects to confirmation [ ]case converted to Chapter_____
                                      [ ]case dismissed

THE TRUSTEE REQUIRES THE FOLLOWING BEFORE RECOMMENDING CONFIRMATION:

[ ]Proof of income_____ [ ]Asset valuation_____
[✓]Tax return 2020_____ [ ]Info on succession interest_____
[ ]Info on exemptions_____ [ ]Info on expenses:
                                                    [ ]charitable contributions
                                                    [ ]medical expenses
                                                    [ ]other
[✓]Other Trustee requires 4 year tax certificate lines 6 and 7.6 (L/A) of plan do not match

New Orleans, September 23, 2021.

/s/_____      /s/_____
S.J. Beaulieu, Jr.                Andy Wiebelt